UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X    07CV4459(AKH)
RODRIGO CAMPOZANO AND ESTER CAMPOZANO,

                              Plaintiffs,

        -    against –

                                                        ANSWER

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, BANKERS TRUST COMPANY,
BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC.
D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., BT PRIVATE CLIENTS CORP., DEUTSCHE
BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY
AMERICAS, DEUTSCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP,
LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., MERRILL LYNCH & CO, INC.,
NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., STRUCTURE TONE (UK) INC., STRUCTURE
TONE GLOBAL SERVICES, INC., THE BANK OF NEW YORK TRUST
COMPANY NA, TISHMAN INTERIORS CORPORATION, TOSCORP INC.,
TUCKER ANTHONY, INC., WESTON SOLUTIONS, INC., WFP TOWER A
CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER
B CO. G.P. CORP., WFP TOWER B HOLDING CO. I L.P., AND WFP TOWER
B. CO.  L.P., ET AL
                                Defendants.

-------------------------------------------------------------------------X

        PLEASE    TAKE    NOTICE    that    defendant    Envirotech    Clean    Air    Inc.

("Envirotech"), as and for their responses to the allegations set forth in the Complaint by

Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-

referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated

August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).


WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.


Dated: Lake Success, New York
       September 14, 2007

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
              Heather L. Smar (4622)