x:\tc51221\adoption

ROGER P. McTIERNAN, JR. (PRM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
RODRIGO CAMPOZANO AND ESTHER CAMPOZANO,

       Plaintiffs,

  -against-

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES CORPORATION, BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP., BROOKFIELD PARTNERS, LP., BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS, INC., BT PRIVATE CLIENTS CORP., DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC, GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES, CO., MERRILL LYNCH & CO., INC., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK OF NEW YORK COMPANY, INC., TISHMAN INTERIORS CORPORATION, TOSCORP INC., TUCKER

**NOTICE OF ADOPTION**

07 CV 4459

ANTHONY, INC., WESTON SOLUTIONS, INC., WFP
TOWER A. CO., L.P., WFP TOWER B CO., G.P. CORP.,
WFP TOWER B HOLDING CO., L.P., AND WFP
TOWER B. CO., L.P.,

          Defendants.

------------------------------------------------------------------------X

  PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

  WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
      August 31, 2007

                                              ROGER P. McTIERNAN, JR. (RPM 1680)
                                              BARRY, McTIERNAN & MOORE
                                              Attorneys for Defendants
                                              STRUCTURE TONE, INC. s/h/a
                                              STRUCTURE TONE (UK), INC. and
                                              STRUCTURE TONE GLOBAL SERVICES, INC.
                                              2 Rector Street – 14th Floor
                                              New York, New York 10006
                                              (212) 313-3600