UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Rodrigo Campozano

                                        Plaintiffs,    Index No.: 07CV4459 (AKH)

       - against -                        NOTICE OF THE NOMURA
NOMURA HOLDING AMERICA INC. and       PARTIES' ADOPTION OF
NOMURA SECURITIES INTERNATIONAL, INC.  ANSWER TO MASTER
                                                        COMPLAINT
et al. (see Defendants' List)                     _____

                                        Defendants.    1:21-MC-00102

-----------------------------------------------------------------x

     PLEASE TAKE NOTICE THAT Defendants NOMURA PARTIES (Nomura Holding America Inc., Nomura Securities International Inc.) as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed herein and applicable to the above captioned matter hereby adopts all of the responses and all of the affirmative defenses contained in the Answer to the Master Complaint dated, filed and served July 31, 2007, *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC102 (AKH).  The responses to all of the allegations in the Master Complaint are adopted herein and are applicable to the Check-Off Complaint served and filed herein.

PLEASE TAKE FURTHER NOTICE that Defendant, NOMURA PARTIES, reserves the right to serve and file an amended answer and specifically reserves the right to interpose a cross claim against any and all co-defendants.

PLAEASE TAKE FURTHER NOTICE that Defendant, NOMURA PARTIES, also adopts all affirmative defenses and the jury demand therein.

WHEREFORE, Defendant, NOMURA PARTIES, demands judgment dismissing the above captioned action against it along with the costs and disbursements of this action.

Dated: September 12, 2007
New York, New York

    Yours, etc.

    STRONGIN ROTHMAN & ABRAMS, LLP

    s/ Dror M. Bikel
    _____
    Dror M. Bikel, ESQ.
    Attorneys for Defendant
    NOMURA HOLDING AMERICA, INC.
    50 Broadway, Suite 2003
    New York, NY 10004
    (212) 931-8300