x:\ATS51914\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X   21 MC 102 (AKH)
RODRIGO CAMPOZANO AND ESTHER CAMPOZANO,

                                                                                                   Civil Action No.: 07 CV 4459

                                                                                                   NOTICE OF ADOPTION

                                                 Plaintiff(s),

                      - against -

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, BANKERS TRUST COMPANY, BATTERY
PARK CITY AUTHORITY, BLACKMON-MOORING-
STEAMATIC CATASTROPHE, INC. D/B/A BMS CAT,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP.,
BROOKFIELD PARTNERS, LP., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., BT PRIVATE CLIENTS
CORP., DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH
CLEAN AIR, INC, GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES,
CO., MERRILL LYNCH & CO., INC., NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK
OF NEW YORK COMPANY, INC., TISHMAN INTERIORS
CORPORATION, TOSCORP INC., TUCKER ANTHONY,
INC., WESTON SOLUTIONS, INC., WFP TOWER A. CO.,

L.P., WFP TOWER B CO., G.P. CORP., WFP TOWER B
HOLDING CO., L.P., AND WFP TOWER B. CO., L.P.,

        Defendant(s).
------------------------------------------------------------------------X

COUNSELORS:

    PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

    WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       October 15, 2007

                                        ROGER P. McTIERNAN, JR. (RPM 1680)
                                        BARRY, McTIERNAN & MOORE
                                        Attorneys for Defendants
                                        ANN TAYLOR STORES CORPORATION.
                                        2 Rector Street – 14th Floor
                                        New York, New York 10006
                                        (212) 313-3600