Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC. and*
*HUDSON TOWERS HOUSING CO., INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODRIGO CAMPOZANO (AND WIFE, ESTHER CAMPOZANO), | Case No.: 07-CV-4459 (AKH) |
| Plaintiffs, | |
| -against- | |
| 100 CHURCH, LLC, 120 BROADWAY CONDOMINIUM (CONDO #871), 120 BROADWAY HOLDING, LLC, 120 BROADWAY PROPERTIES, LLC, 120 BROADWAY, LLC, 50 TRINITY, LLC, 53 PARK PLACE LLC, 715 REALTY CORP., 88 GREENWICH LLC, 90 CHURCH STREET LIMITED PARTNERSHIP, AJ GOLDSTEIN & CO., ALAN KASMAN DBA KASCO, ALAN L. MERRIL, ALLBRIGHT PARKING MANAGEMENT, INC., AMBIENT GROUP, INC., ANN TAYLOR STORES CORPORATION, BANKERS TRUST COMPANY, BANKERS TRUST CORP., BANKERS TRUST NEW YORK CORPORATION, BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC., BETTY JEAN GRANQUIST, BLACK DIAMONDS LLC, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/BA BMS CAT, BOARD OF EDUCATION OF THE CITY OF NEW YORK, BOARD OF MANAGERS OF THE 120 BROADWAY CONDOMINIUM (CONDO #871), BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, BOSTON PROPERTIES, INC., | **NOTICE OF APPEARANCE** |

BROADWAY WEST STREET ASSOCIATES LIMITED PARTNERSHIP, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., BT PRIVATE CLIENTS CORP., CAROL GAYNOR TRUST, CAROL GAYNOR, AS TRUSTEE OF THE CAROL GAYNOR TRUST, CAROL MERRIL GAYNOR, CENTRAL PARKING SYSTEM OF NEW YORK, INC., CITIBANK, NA, DEPARTMENT OF BUSINESS SERVICES, DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, EDISON PARKING MANAGEMNT, L.P., EMPIRE STATE PROPERTIES, INC., ENVIRONTECH CLEN AIR, INC., FGP 90 WEST STREET INC., FRED GOLDSTEIN, GPS ENVIRONMENTAL CONSULTANTS, INC., HARLAND GAYNOR, AS TRUSTEE UNDER A DECLARATION OF TRUST, HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER A DECLARATION OF TRUST, HERMAN L. BLUM, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, HIGHLAND DEVELOPMENT LLC, HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON TOWERS HOUSING CO., INC., HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, IDELL GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF TRUST, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., JONES LANG LASALLE AMERICAS, INC., JONES LANG LASALLE SERVICES, INC., KASCO RESTORATION SERVICES CO., KIBEL COMPANIES, LEFRAK ORGANIZATION, INC., LIBERTY VIEW ASSOCIATES, L.P., LIONSHEAD 110 DEVELOPMENT LLC, LIONSHEAD DEVELOPMENT LLC, MARGARET G. WATERS, MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, MATTHEW A. GELBIN, AS TRUSTEE OF THE GELBIN FAMILY, MERRILL LYNCH & CO, INC., NATALIE S. LEBOW, AS TRUSTEE OF THE JEREMIAH PHILIP LEBOW

| |
|---|
| REVOCABLE TRUST, NATALIE S. LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST, NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., PAMELA BETH KLEIN, AS TRUSTEE OF THE PAMELA AND ROWLAND KLEIN TRUST, R Y MANGEMENT CO., INC., RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., LP, ROWAN K. KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, RUTH G. LEBOW, RY MANAGEMENT, SHIRLEY G. SHOCKLEY, AS TRUSTEE UNDER DECLARATION OF TRUST, SILVERSTEIN PROPERTIES, INC., STEEPLECHASE ACQUISITIO, ET AL |

                                                       Defendants.

TO:   THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

**PLEASE TAKE NOTICE**, that defendants, LEFRAK ORGANIZATION, INC. and HUDSON TOWERS HOUSING CO., INC. hereby appear in the above-entitled action. The undersigned have been retained as attorneys for said defendants and demand that all papers in this action be served upon the undersigned at the office and address stated below.

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated: New York, New York
November 30, 2007

        Yours etc.,

        **HARRIS BEACH PLLC**

        _____
        Brian A. Bender, Esq. (BAB-0218)
        HARRIS BEACH PLLC
        *Attorney for Defendants*
        ***LEFRAK ORGANIZATION, INC. and***
        ***HUDSON TOWERS HOUSING CO., INC.***
        100 Wall Street, 23rd Floor
        New York, New York 10005
        (212) 687-0100

257229.1

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODRIGO CAMPOZANO (AND WIFE ESTHER CAMPOZANO), | Case No.: 07-CV-4459 (AKH) |
| Plaintiffs, | |
| -against- | |
| 100 CHURCH, LLC, ET AL., | |
| Defendants. | |

## NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC. and***
***HUDSON TOWERS HOUSING CO., INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100