UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER          21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
RODRIGO CAMPOZANO and wife ESTHER
CAMPOZANO

                                                            Index No.: 07 CV 4459

                           Plaintiffs,

           -against-                                              **NOTICE OF APPEARANCE**

RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,                     **ELECTRONICALLY FILED**
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC. and
LIBERTY VIEW ASSOCIATES, L.P.,

                              Defendants.
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.


Dated:      New York, New York
              January 23, 2008


                                               LONDON FISCHER LLP

                         By:     _____
                                        Gillian Hines Kost (GK-2880)
                                        59 Maiden Lane
                                        New York, New York 10038
                                        Phone: (212) 972-1000
                                        Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC., and
LIBERTY VIEW ASSOCIATES, L.P.**

K:\VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance