UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
IN RE: LOWER MANHATTAN DISASTER SITE   :   21 MC 102 (AKH)
LITIGATION   :
:
:
------------------------------------------------------------ X
RODRIGO CAMPOZANO (AND WIFE, ESTHER   :
CAMPOZANO)   :   07-CV-4459 (AKH)
:
Plaintiffs,   :
:
-against-   :
:
100 CHURCH LLC, 120 BROADWAY   :
CONDOMINIUM (CONDO#871), 120   :   **FGP 90 WEST STREET,**
BROADWAY HOLDING, LLC, 120 BROADWAY   :   **INC.'S NOTICE OF**
PROPERTIES, LLC, 120 BROADWAY, LLC, 50   :   **ADOPTION OF ANSWER TO**
TRINITY, LLC, 53 PARK PLACE LLC, 715   :   **MASTER COMPLAINT**
REALTY CORP., 88 GREENWICH LLC, 90   :
CHURCH STREET LIMITED PARTNERSHIP C/O   :
CT CORPORATION SYSTEM, AJ GOLDSTEIN &   :
CO., ALAN KASMAN DBA KASCO, ALAN L.   :
MERRIL, ALLBRIGHT PARKING   :
MANAGEMENT, INC., AMBIENT GROUP, INC.,   :
ANN TAYLOR STORES CORPORATION,   :
BANKERS TRUST COMPANY, BANKERS   :
TRUST CORP., BANKERS TRUST NEW YORK   :
CORPORATION, BATTERY PARK CITY   :
AUTHORITY, BELFOR USA GROUP, INC.,   :
BETTY JEAN GRANQUIST, BLACK   :
DIAMONDS LLC, BLACKMON-MOORING-   :
STEAMATIC CATASTROPHE, INC d/b/a BMS   :
CAT, BOARD OF EDUCATION OF THE CITY OF   :
NEW YORK, BOARD OF MANAGERS OF THE   :
120 BROADWAY CONDOMINIUM (CONDO #   :
871), BOARD OF MANAGERS OF THE HUDSON   :
VIEW EAST CONDOMINIUM, BOSTON   :
PROPERTIES, INC., BROADWAY WEST   :
STREET ASSOCIATES LIMITED   :
PARTNERSHIP, BROOKFIELD FINANCIAL   :
PROPERTIES, INC.,   :
:

NEWY1\8192721.1

| | |
|---|---|
| BROOKFIELD FINANCIAL PROPERTIES, LP, | : |
| BROOKFIELD PARTNERS, LP, BROOKFIELD | : |
| PROPERTIES CORPORATION, BROOKFIELD | : |
| PROPERTIES HOLDINGS INC., BT PRIVATE | : |
| CLIENTS CORP., CAROL GAYNOR TRUST, | : |
| CAROL GAYNOR, AS TRUSTEE OF THE | : |
| CAROL GAYNOR TRUST, CAROL MERRIL | : |
| GAYNOR, CENTRAL PARKING SYSTEM OF | : |
| NEW YORK, INC., CITIBANK, NA, | : |
| DEPARTMENT OF BUSINESS SERVICES, | : |
| DEUTSCHE BANK TRUST COMPANY | : |
| AMERICAS, DEUTSCHE BANK TRUST | : |
| COMPANY, DEUTSCHE BANK TRUST | : |
| CORPORATION, EDISON PARKING | : |
| MANAGEMENT, L.P., EMPIRE STATE | : |
| PROPERTIES, INC., ENVIROTECH CLEAN AIR, | : |
| INC., FGP 90 WEST STREET INC., FRED | : |
| GOLDSTEIN, GPS ENVIRONMENTAL | : |
| CONSULTANTS, INC., HARLAND GAYNOR, AS | : |
| TRUSTEE UNDER DECLARATION OF TRUST, | : |
| HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER | : |
| A DECLARATION OF TRUST, HERMAN L. | : |
| BLUM, AS TRUSTEE UNDER THE LAST WILL | : |
| AND TESTAMENT OF LOUIS W. GOLDSTEIN, | : |
| HIGHLAND DEVELOPMENT LLC, HILLMAN | : |
| ENVIRONMENTAL GROUP LLC, HUDSON | : |
| TOWERS HOUSING CO., INC., HUDSON VIEW | : |
| EAST CONDOMINIUM, HUDSON VIEW | : |
| TOWERS ASSOCIATES, IDELL GOLDSTEIN, AS | : |
| TRUSTEE UNDER DECLARATION OF TRUST, | : |
| INDOOR ENVIRONMENTAL TECHNOLOGY, | : |
| INC., JONES LANG LASALLE AMERICAS, INC., | : |
| JONES LANG LASALLE SERVICES, INC., | : |
| KASCO RESTORATION SERVICES CO., KIBEL | : |
| COMPANIES, LEFRAK ORGANIZATION, INC., | : |
| LIBERTY VIEW ASSOCIATES, L.P., | : |
| LIONSHEAD 110 DEVELOPMENT LLC, | : |
| LIONSHEAD DEVELOPMENT LLC, | : |
| MARGARET G. WATERS, MARGUERITE K. | : |
| LEWIS, AS TRUSTEE UNDER THE LAST WILL | : |
| AND TESTAMENT OF LOUIS W. GOLDSTEIN, | : |
| MATTHEW A GELBIN, AS TRUSTEE OF THE | : |
| GELBIN FAMILY, MERRILL LYNCH & CO, | : |
| INC., | : |

NEWY1\8192721.1

| | |
|---|---|
| NATALIE S. LEBOW, AS TRUSTEE OF THE JEREMIAH PHILIP LEBOW REVOCABLE TRUST, NATALIE S. LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST, NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., PAMELA BETH KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, R Y MANAGEMENT CO., INC., RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., LP, ROWAN K. KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, RUTH G. LEBOW, RY MANAGEMENT, SHIRLEY G. SHOCKLEY, AS TRUSTEE UNDER DECLARATION OF TRUST, SILVERSTEIN PROPERTIES, INC., and STEEPLECHASE ACQUISITIONS LLC, | : : : : : : : : : : : : : : : : : : : : : |
| Defendants | : |
| ------------------------------------------------------------- | X |

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

NEWY1\8192721.1

Dated: New York, New York.
February 4, 2008

By:   s/ Keara M. Gordon
Keara M. Gordon (KMG 2323)
Michael D. Hynes (MH 5086)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Facsimile: (212) 335-4501

Robert J. Mathias (*pro hac vice application pending)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: (410) 580-3000
Fax: (410) 580-3001

*Attorneys for Defendant*
*FGP 90 West Street, Inc.*

NEWY1\8192721.1